# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL SULLIVAN, JR.,<br><br>Defendant. | Criminal Action No. TDC-21-0460 |

## ORDER

Defendant Samuel Sullivan, Jr. has filed a Motion to Suppress Identifications, Preclude In-Court Identifications, and to Prevent Suggestive In-Court Identifications. ECF No. 33. In a June 8, 2022 Order, the Court granted Sullivan's Motion for Leave to Amend, Supplement, or File Additional Motions and provided briefing deadlines for Sullivan's supplemental brief on his Motion to Suppress, the Government's response, and Sullivan's reply brief. ECF No. 38.

However, prior to any of the deadlines contemplated in the Order, new counsel was appointed to represent Sullivan in this case. Accordingly, it is hereby ORDERED that the parties shall file a Joint Status Report within **14 days** of the date of this Order informing the Court of (1) whether Sullivan continues to seek to pursue his Motion to Suppress; and (2) if so, whether Sullivan intends to file a supplemental brief as well as a new proposed briefing schedule for the Motion.

Date: July 27, 2022

THEODORE D. CHUANG
United States District Judge