IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No.: 21-CR-0460-TDC |
| SAMUEL SULLIVAN, JR. | * | |
| Defendant | * | |

## ORDER

This matter is before the Court on the defendant's Consent Motion to Extend Deadlines for Filing the Defendant's Supplemental Brief in Support of Motion to Suppress and Joint Status Report. The Court having considered the Motion, being fully advised, it is this 3rd day of October, 2022:

**ORDERED**, that the Motion be and the same is hereby **GRANTED**; and it is further,

**ORDERED**, that the deadlines set by this Court's Order of August 18, 2022 (ECF No. 51) are extended by 21 days.

THEODORE D. CHUANG
United States District Judge