IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES | * |
| v. | * Case No. 21-CR-0460-TDC |
| SAMUEL SULLIVAN, JR. | * |

* * * * * * * * * * * * *

## ORDER

This matter is before the Court on the defendant's Consent Motion to Extend Deadline for Filing the Defendant's Supplemental Brief in Support of Motion to Suppress. The Court having considered the Motion, being fully advised, it is this 24th day of October, 2022:

**ORDERED**, that the Motion be and the same is hereby **GRANTED**; and it is further,

**ORDERED**, that the above-referenced deadline set by this Court's Order of October 3, 2022 (ECF No. 53) is extended by 7 days.

THEODORE D. CHUANG
United States District Judge